GEOFFREY HANSEN
Acting Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ADANANDUS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-70002 PSG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING REMOVAL HEARING |
| vs. | |
| ARENA ADANANDUS, | **Hon. Paul S. Grewal** |
| Defendants. | |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and jointly request that the status hearing date, currently set in this matter for Monday, January 23, 2012, at 9:30 a.m., be continued to Tuesday, February 21, 2012, at 1:30 p.m.

The parties respectfully request that the Court continue the status hearing on the defendant's removal to the District of Nebraska to permit the parties additional time to complete an anticipated transfer of jurisdiction of the pending Probation Form 12 violation from Nebraska to the Northern District of California, Oakland Division, where Ms. Adanandus resides. Accordingly, the parties respectfully request and agree that the Court may continue the status

Stipulation and [Proposed] Order Continuing
Removal Hearing, CR 12-70002 PSG

1

hearing previously set in this matter from January 23, 2012, at 9:30 a.m. to February 21, 2012, at 1:30 p.m.

IT IS SO STIPULATED.

Dated: January 19, 2012

                                                      /s/
                                      VARELL L. FULLER
                                      Assistant Federal Public Defender

Dated: January 19, 2012

                                                      /s/
                                      ANNE MARIE URSINI
                                      Special Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ORDERED that the removal hearing set for Monday, January 23, 2012, is VACATED, and continued to Tuesday, February 21, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated: Lcpwct{ "42."4234

                                      HON. PAUL S. GREWAL
                                      United States Magistrate Judge